IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONNIE MCCOY,
and MCCOY CONSTRUCTION CO.,

Plaintiffs,

v.

WESTERN WORLD INSURANCE
COMPANY,

Defendant.                                                                No. 07-0719-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's October 18, 2007 motion to dismiss (Doc. 5). On October 29, 2007, Plaintiffs filed a consent to the motion to dismiss (Doc. 6). Thus, the Court **GRANTS** the motion to dismiss and **DISMISSES** without prejudice Plaintiffs' cause of action.

**IT IS SO ORDERED.**

Signed this 5th day of November, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**